TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
BRENT A. WHITTLESEY (Cal. Bar No. 73493)
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5421
    Facsimile: (213) 894-0142
    E-mail: brent.whittlesey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$130,167.84 IN BANK FUNDS and $20,263.00 IN U.S. CURRENCY,<br><br>    Defendants. | No. 2:21-CV-00210<br><br>**VERIFIED COMPLAINT FOR FORFEITURE**<br><br>21 U.S.C. § 881(a)(6)<br><br>[IRS and FBI] |

    Plaintiff United States of America brings this claim against defendants $130,167.84 in bank funds and $20,263.00 in U.S. Currency, and alleges as follows:

### JURISDICTION AND VENUE

    1.    This is an *in rem* civil forfeiture action brought pursuant to 21 U.S.C. § 881(a)(6).

    2.    This Court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395.

**PERSONS AND ENTITIES**

4. The plaintiff in this action is the United States of America.

5. The defendants in this action (collectively, "the defendant assets") are:

    a. $130,167.84 in Bank Funds, which consists of $90,143.00 seized from Bank of America account ending in 3761[1] ("Subject Account #1") held in the names of Gennady Rayzberg ("Rayzberg") and his spouse, LisaMarie Garcia Sanchez ("Sanchez") and $40,024.84 seized from Bank of America account ending in 0668 ("Subject Account #2) held in the name of the name of Rayzberg; and

    b. $20,263.00 in U.S. currency.

6. The bank funds from Subject Account #1 and Subject Account #2 (collectively, the "Subject Accounts") were seized from Bank of America, 336 South Twin Oaks Road, San Marcos, California 92078 on September 19, 2019 pursuant to a federal seizure warrant. The U.S. currency was seized on September 17, 2019 during the execution of a federal search warrant at the Encino, California residence of Rayzberg and Sanchez.

7. The defendant assets are currently in the custody of the United States Marshals Service in this District, where they shall remain subject to this Court's jurisdiction during the pendency of this action.

8. The interests of Sanchez may be adversely affected by these proceedings.[2]

**BASIS FOR FORFEITURE**

9. The facts set forth in this complaint are based upon a joint investigation by the Federal Bureau of Investigation ("FBI") and the Internal Revenue Service ("IRS") of drug trafficking by Rayzberg.

---

[1] Pursuant to Local Rule 5.2-1, only the last four digits of bank account numbers are set forth in this Complaint.

[2] The interest of Rayzberg in the defendant assets has already been forfeited to plaintiff United States of America and consequently is not affected by this action.

10. Rayzberg was identified by a cooperating human source ("CHS") as CHS's direct supplier of illegal prescription drugs since approximately 2016. CHS purchased drugs from Rayzberg for resale.

11. CHS always paid Rayzberg for drugs in cash and normally not less than $100,000. They met to conduct these transactions in person at a hotel, parking lot, or underground parking structure. On one or two occasions, Rayzberg arrived for the drug transactions with his wife, Sanchez. The CHS purchased $120,000 to $130,000 worth of pills from Rayzberg in December 2018.

12. Bank records indicate that during the period from 2016 through the middle of April 2019, Rayzberg had access to four different accounts at Bank of America and Sanchez had access to five different accounts at Bank of America, including the Subject Accounts.

13. Bank records show that in December 2018, Sanchez made cash deposits into three Bank of America accounts including the Subject Account #1. The deposits are consistent with CHS paying Rayzberg $120,000 to $130,000 in cash in December 2018 for illegal prescription drugs.

14. The CHS also met with Rayzberg in an undercover capacity on three occasions in February and March 2019 to purchase illegal prescription drugs. On each instance, Rayzberg received over $30,000 in cash. Bank records indicate that cash deposits continued to be made into the Bank of America accounts during this time.

15. From 2016 through April 2019, Rayzberg and Sanchez deposited approximately $395,000 in cash into their Bank of America accounts. Deposits were thereafter transferred between Bank of America accounts, including the Subject Accounts. The following is a summary of cash deposits by year into the Bank of America accounts controlled by Rayzberg and Sanchez:

| Year | Total Cash Deposits |
|---|---|
| 2016 | $100,075 |
| 2017 | $108,080 |

| 2018 | $167,431 |
| 2019 | $20,150 |

16. In addition to the above cash deposits, the investigation identified check deposits into the Subject Accounts from a source of information ("SOI") between March 2016 and May 2017 that totaled over $105,000. SOI was arrested for, among other violations, possession of controlled substances without a prescription, including hydrocodone and Alprazolam (Xanax), two of the controlled substances sold by Rayzberg to CHS. The memo sections on the checks from SOI included various explanations such as: Garage, Tow; Payment; details 2 cars; Mat supply; rent; business expenses; union dues; CC bills; yacht party; vacation; tuition; and wholesale shirts that appear to be an effort to disguise the actual purpose of the checks. All the checks were in whole dollar amounts, which is inconsistent with the purported reasons for the payments shown on the memo lines of the checks. The cash amounts deposited to the Bank of America accounts decreased during the period when checks from SOI were deposited.

17. The investigation has found no sources of legitimate income for Rayzberg and Sanchez that would reasonably explain the significant cash deposits and checks from SOI into the Subject Accounts. Rayzberg and Sanchez have not filed federal returns for the 2016, 2017, and 2018 tax years.

18. Analysis of cash deposits and the checks from SOI for the period from January 2016 through April 2019 showed that $60,000 in illegal proceeds was deposited into Subject Account #1 and $90,143 was deposited into Subject Account #2.

**CLAIM FOR RELIEF**

19. Based on the above, plaintiff alleges that the defendant assets represent or

are traceable to proceeds of illegal narcotic trafficking or were intended to be used in one or more exchanges for a controlled substance or listed chemical, in violation of 21 U.S.C. § 841 *et seq*. The defendant assets are therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

    WHEREFORE, plaintiff United States of America prays:

    (a)    that due process issue to enforce the forfeiture of the defendant assets;

    (b)    that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

    (c)    that this Court decree forfeiture of the defendant assets to the United States of America for disposition according to law; and

    (d)    for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: January 11, 2021

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

   */s/Brent A. Whittlsey*
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# VERIFICATION

I, Jennifer Bannon, hereby declare that:

1. I am a Special Agent of the Federal Bureau of Investigation.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Verified Complaint for Forfeiture is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed _January 8_, 2021 in Los Angeles, California.

JENNIFER BANNON
Special Agent
Federal Bureau of Investigation